

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-21-00185-CR
No. 07-21-00186-CR

**LAKISHA RASHAWN WALKER, APPELLANT**

**V.**

**THE STATE OF TEXAS, APPELLEE**

On Appeal from the 181st District Court
Potter County, Texas
Trial Court Nos. 069120-B-CR & 069926-B-CR, Honorable Titiana Frausto, Presiding

October 26, 2021

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Lakisha Rashawn Walker, appeals from two trial court judgments revoking her community supervision for the offenses of possession of a controlled substance.[1] Pending before this Court are two motions to voluntarily dismiss the appeals filed by appellant. As required by Rule of Appellate Procedure 42.2(a), the motions to

---

[1] *See* TEX. HEALTH & SAFETY CODE ANN. § 481.115(c), (d).

dismiss are signed by appellant and her attorney. As no decision of the Court has been delivered, the motions are granted and the appeals are dismissed. No motions for rehearing will be entertained and our mandates will issue forthwith.

Per Curiam

Do not publish.